DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RALPH WIKE,**
Appellant,

v.

**FRANK HOTTENROTT,**
Appellee.

No. 4D2023-1668

[July 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE22006583.

Jason E. Slatkin of Lorium Law, Fort Lauderdale, for appellant.

Mark R. Osherow and Kenyetta N. Alexander of Osherow, PLLC, Boca Raton, and David Lawrence Loevin of Loevin Law Group, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***